THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT PRICE, MD,<br><br>    Defendant. | CASE NO. C15-1474-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the United States' Application to Terminate Garnishment Proceeding (Dkt. No. 17). Garnishee, First Choice Physician Partners Central Coast, has remitted the funds that satisfy the debt owed by the Defendant/Judgment Debtor. (*Id.*) The United States therefore requests the Court terminate this garnishment and relieve First Choice Physician Partners Central Coast of further responsibility pursuant to this garnishment. (*Id.*) The Court concludes that this garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(C). The United States' Application to Terminate Garnishment Proceeding is GRANTED. The Clerk is respectfully DIRECTED to TERMINATE this proceeding and send a copy of this order to the parties.

        //

DATED this 24th day of February 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
